UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY MCCALLUM, *et al.,*

       Plaintiffs,

v.

Case No.  2:15-CV-12676
District Judge Denise Page Hood
Magistrate Judge Anthony P. Patti

STEPHEN GEELHOOD, *et al.*,

       Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY (DE 12)

Plaintiffs filed a motion to compel discovery on December 10, 2015.  (DE 12.)  Pursuant to Local Rule 7.1, if Defendants wished to oppose the motion, they had fourteen days in which to file a response, thereby making their response due on December 25, 2015, a legal holiday.  *See* E.D. Mich. LR 7.1(c) and (e)(2).  Defendants' response was therefore due on or before December 28, 2015, the next day that was not a weekend or legal holiday.  *See* Fed. R. Civ. P. 6(a)(1).

To date, Defendants have not filed a response in opposition to Plaintiffs' motion.  Nor have they filed a request for extension of their deadline.  Accordingly, and in accordance with Local Rule 7.1, Plaintiffs' motion **GRANTED** as unopposed.  Defendants are ordered to provide the discovery

responses specified in pages 6-12 of Plaintiffs' motion **ON OR BEFORE JANUARY 19, 2016**. (DE 12.) If the parties cannot work out the privilege issues identified in Defendants' responses to Plaintiffs' requests for production of documents 5 and 9, Defendants may provide those documents to the undersigned for an *in camera* review.

    **IT IS SO ORDERED.**

Dated: January 5, 2016        s/Anthony P. Patti
                                      Anthony P. Patti
                                      UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 5, 2016, electronically and/or by U.S. Mail.

                                        s/Michael Williams
                                        Case Manager for the
                                        Honorable Anthony P. Patti