U.S. DISTRICT COURT EASTERN DISTRICT OF MICHIGAN

**ANTHONY MCCALLUM, ET AL**,

    Plaintiff,

                            Case No. 2:15-CV-12676-DPH-APP
                            Hon. DENISE PAGE HOOD

vs.

**STEPHEN GEELHOOD, ET AL**,

    Defendants.

_____/

| | |
|---|---|
| THOMAS E. KUHN (P37924) | ROBYN J. BROOKS (P47787) |
| Attorney for Plaintiffs | City of Detroit Law Department |
| 615 G1iswold, Ste. 515 | CAY Municipal Bldg., Ste 500 |
| Detroit, Michigan 48226 | 2 Woodward Avenue |
| (313) 963-5222/(313) 963-9061 (Fax) | Detroit, Michigan 48226 |
| tekuhn@aol.com | (313) 237-3049/(313) 224-5505 (Fax) |
| | broor@detroitmi.gov |
| DAVID A. ROBINSON (P38754) | |
| Co-Counsel for Plaintiffs | |
| 28145 Greenfield Road, Ste. 100 | |
| Southfield, Michigan 48076-7116 | |
| (248) 423-7234/(248) 423-7227 (Fax) | |
| davidrobinsonlaw@gmail.com | |

_____/

## PLAINTIFF'S 1st AMENDED WITNESS LIST

1. Plaintiff, Anthony McCallum,

2. Plaintiff, Elaine McCallum

3. Defendant STEPHEN GEELHOOD,

4. AMY MATELIC,

5. BRYAN WATSON

6. STEVEN RILEY,

7. LARRY BARNETT,

8. DAVID HANSBERRY,

9. GREGORY TOURVILLE,

10. Kenneth McCallum, Detroit, MI

11. Kenya Hull, Scout St., Detroit, MI

12. Danielle Crawfield, Carlyle St., Detroit, MI

13. Missy Lane, St. Clair Shores, MI

14. Alfred Brinson, Yorkshire, Detroit, MI

15. Augustus Horne, Jefferson Ave., Detroit, MI

16. Philip Johnson, Clinton Twp., MI

17. Anthony Royale, Cherryline Rd., Detroit, MI

18. Anthony Love, Hickory St., Detroit, MI

19. Pastor Kenard Pattaway, Marcus St., Detroit, MI

20. Kenard Pattaway, Jr., Marcus St., Detroit, MI

21. Katrina Butts, Clinton Twp., MI

22. Richard Butts, Clinton Twp., MI

23. Shandretha Ellis, Mt. Clemons, MI

24. Tenisha Ellis, Mt. Clemens, MI

25. Debra Ellis, Clinton Twp., MI

26. Tatiana Beas, Detroit, MI

2

27. Tierra Beas, Detroit, MI

28. Dr. Michael Abramsky substituting for Dr. Patricia Wallace, Psychologist Expert*, Old Woodward, Birmingham, MI

29. Walter Martin, Police Expert*

30. Jamie Fields, Police Expert*

31. Agents, employees, records custodians for Detroit Medical Center *,

32. Agents, employees, records custodians for City of Detroit Police Department,

33. Agents, employees, records custodians for 36th District Court and Wayne County Circuit Court,

34. Agents, employees, records custodians for City of Detroit,

35. Agents, employees, records custodians for 911 calls and dispatch,

36. Any and all of the Plaintiffs' past and present treating or examining physicians,

37. Any and all witnesses, lay and expert, named by any party to this action,

38. Any and all employees, police officers, supervisors, and witnesses identified in complaint/misconduct reports, lawsuits and/or investigations against Defendants and/or other DPD officers,

39. Any and all witnesses identified in documents produced by Defendants in discovery,

40. Any witnesses identified through further discovery or investigation,

41. All persons deposed or noticed for deposition,

42. All persons referred to or named in depositions,

43. All persons named in interrogatories, answers to interrogatories, or any pleadings filed herein,

44. All persons referred to in documents produced by the parties,

45. All persons referred to in documents produced by persons or entities other than the parties,

46. All persons named on witness lists and supplemental witness lists of the Defendant,

47. All persons identified through future discovery,

48. Rebuttal witnesses as necessary,

49. Surrebuttal witnesses as necessary.

*The witnesses designated with an asterisk (*) were/are either health care providers who treated or evaluated Plaintiffs and/or who are specialists in their field, and who may render expert opinions in support of or consistent with their diagnoses and/or opinions as reflected in the records.

    Plaintiffs hereby reserve the right to amend and/or supplement their witness list as necessary due to subsequent discovery and/or information until the date of trial. Respectfully submitted,

                                  By: __/s/ David A. Robinson__
                                      ROBINSON AND ASSOCIATES, P.C.
                                      David A. Robinson P38754
                                      Attorney for Plaintiff Dated:

March 25, 2016

**CERTIFICATE OF SERVICE**

Thomas E. Kuhn undersigned hereby affirms that s/he did cause a copy of Plaintiffs' 1st Amended Witness List to be served upon all counsel of record at their respective addresses of record, as indicated on the caption herein above, using the ECF system, which will send notification of such filing to the attorneys of record, on March 25, 2016.

                                                          **/s/ Thomas E Kuhn**
                                                          **Thomas E. Kuhn**